IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICKEY MARTIN,**

    *Petitioner*,

v.                                Case No.: 4:19cv562-MW/HTC

**SECRETARY, FLORIDA
DEPARTMET OF CORRECTIONS,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION IN PART

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections, ECF No. 23. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 20, is **accepted in part and adopted in part**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition for habeas corpus, ECF No. 1, is **DENIED**." However, this Court finds that reasonable jurists could find this Court's assessment of Ground 2 debatable; accordingly, a certificate of appealability

is **GRANTED as to Ground 2 of the petition**. *See* 28 U.S.C. § 2253(c)(3) ("The certificate of appealability . . . shall indicate which specific issue or issues satisfy the showing required by [28 U.S.C. § 2253(c)(2)]."). The Clerk shall close the file.

**SO ORDERED on May 26, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
